UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        Case Number 14-20117
                                Honorable David M. Lawson

v.

NATASHA MEDINA,

        Defendant.
_____/

## ORDER DENYING DEFENDANT'S MOTION TO SUPPRESS AND TO DISMISS THE INDICTMENT

Presently before the Court is the defendant's motion to suppress and to dismiss the indictment. On March 18, 2015, the Court held a hearing on the defendant's motion and heard argument from both sides. At the conclusion of the hearing, the Court announced its decision from the bench and denied the defendant's motion.

Accordingly, it is **ORDERED** that the defendant's motion to suppress and to dismiss the indictment [dkt. #324] is **DENIED** for the reasons stated on the record.

                                            s/David M. Lawson
                                            DAVID M. LAWSON
                                            United States District Judge

Dated: March 18, 2015

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 18, 2015.

                                    s/ Susan Pinkowski
                                    SUSAN PINKOWSKI